IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| T-REX PROPERTY AB,<br><br>          Plaintiff,<br><br>   v.<br><br>DISSELKOEN PROPERTIES, INC., BIG D'S LEASING, L.L.C., RANDY DISSELKOEN PROPERTIES, L.L.C., GRAND RAPIDS OUTDOORS, L.L.C. AND GR DISPLAYS, LLC,<br><br>          Defendants. | Case No. 1:15-cv-00328<br><br>Honorable Paul L. Maloney |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff T-Rex against Defendants in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  May 29, 2015                                          Respectfully submitted,


| | |
|---|---|
| */s/ David P. Swenson* | */s/ Jeffrey M. Drake* |
| David P. Swenson | Jeffrey M. Drake |
| Peter Thomas | Miller, Canfield, Paddock and Stone, P.L.C. |
| FARNEY DANIELS PC | 225 West Washington Street |
| 100 North Sixth Street, Suite 445A | Suite 2600 |
| Minneapolis, MN 55403 | Chicago, Illinois 60606 |
| Tel: (612) 525-9220 | (312) 460-4200 |
| Fax: (612) 525-9230 | drakej@millercanfield.com |
| dswenson@farneydaniels.com | |
| pthomas@farneydaniels.com | Steven F. Stapleton |
| | Miller, Canfield, Paddock and Stone, P.L.C. |
| Earl E. Erland | 99 Monroe Avenue NW, Suite 1200 |
| 161 Ottawa Avenue NW, Suite 110-M | Grand Rapids, MI 49503 |
| Waters Building | (616) 776-6352 |
| Grand Rapids, MI 49503 | stapleton@millercanfield.com |
| (616) 481-1426 | |
| erlandlaw@gmail.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |